CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN 27 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICHARD WAYNE KEELING,<br>Plaintiff, | )<br>)  Civil Action No. 7:05cv00687<br>) |
| v. | )  **FINAL ORDER**<br>) |
| D.L. PAYNE, et al.,<br>Defendants. | )<br>)  By: Jackson L. Kiser<br>)  Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that defendants' motion for summary judgment shall be and hereby is **GRANTED**, this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1), and all other pending motions are hereby **DENIED as MOOT**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 27th day of January, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge